IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTORIA COOKE HVITVED,

     Appellant,

v.

PENNYMAC CORP., MORTEN
HVITVED, and AMERICAN
EXPRESS BANK, FSB.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0608

_____/

Opinion filed November 14, 2017.

An appeal from an order of the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Bert Moore, Crestview, for Appellant.

Nancy M. Wallace and Ryan D. O'Connor, Akerman LLP, Tallahassee, William P. Heller, Akerman LLP, Fort Lauderdale, and Eric M. Levine, Akerman LLP, West Palm Beach, for Appellee PennyMac Corporation.

PER CURIAM.

     AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.